# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-582-01 |
| GERALD BIRNIE | : | |

## ORDER

AND NOW, this 16th day of June, 2015, upon consideration of defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 and plaintiff's Memorandum in Opposition, and for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

1. Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (paper no. 101) is **DENIED**.

2. A certificate of appealability shall not be issued because defendant was not denied effective counsel or any other constitutional right.

*/s/ Norma L. Shapiro*

J.